

# PPS M2 RECALL (M2 MODELS ONLY)

## VERIFY YOUR SERIAL NUMBER IS AFFECTED BELOW BEFORE CONTINUING

*The Walther PPS M1 models are NOT affected by the recall. If you have a PPS M1 you do NOT need to send it in for the upgrade.

### Important Safety Recall – November 2018 Walther PPS M2 Pistols

Walther Arms, Inc. has recently discovered a potential safety issue with certain PPS M2 pistols. Walther is voluntarily initiating a recall to protect the safety of its customers because under certain conditions it is possible that some of these pistols may fire when dropped.

Please do not load or fire your Walther PPS M2 pistol and contact us immediately to arrange to have your pistol upgraded free of charge.

If your pistol has already been upgraded, there will be **a dot milled onto the back side of the magazine well opening.**

NOTE: If the serial number of your PPS M2 is not within the range listed it will NOT have the mark shown above.



The upgrade will be performed at no charge to you.  For free shipping, please enter your information here, and complete the online form. NOT ALL PPS M2 MODELS ARE AFFECTED. Be sure to VERIFY that your serial number is affected by the recall before shipping your gun back for the recall. After completion of the form a confirmation email will be sent including shipping information.

**Please note:**  The Serial Number is located on the right side of the pistol (circled in red below)



This recall applies to Walther PPS M2 pistols which have a Serial Number ranging from **AN3020 to AU7502**

ONLY SERIAL NUMBERS BELOW ARE AFFECTED BY THE RECALL.

AN3020 through AN9999

AO0001 through AO9999

AP0001 through AP9999

AQ0001 through AQ9999

AR0001 through AR9999

AS0001 through AS9999

AT0001 through AT9999

AU0001 through AU7502

*If you are unsure if your Serial Number is involved in the recall, please email: PPSM2Recall@WaltherArms.com

PPS M2 is AN3019 or earlier your handgun is not included in the recall.

PPS M2 is AU7503 or later your handgun is not included in the recall.

## Serial numbers that start with AY, AX, AZ, BA, BB are not affected.

SUBMIT YOUR INFORMATION HERE – PPS M2 RECALL

Please check this website and all safety notices on a regular basis for current information about your firearms.  You may also contact us by phone at 1-866-503-3389, by email at ppsm2recall@WaltherArms.com or by mail at Walther Arms, Inc., 7700 Chad Colley Boulevard, Fort Smith, AR  72916.

The current time to repair your PPS M2 is approximately 4 to 6 weeks from the date we receive your PPS M2.

We appreciate your assistance and apologize for any inconvenience this may cause you. Thank you for your patience and cooperation.

THE INFORMATION BELOW IS THE REPLY THAT THE CUSTOMER RECEIVES FROM US VIA EMAIL AFTER THEY SUBMIT THEIR FORM:

Thank you for submitting this information. A confirmation e-mail will be sent to the email address you provided.

*Note: If you are shipping more than 1 x PPS M2 please complete the form once for each gun being returned to avoid any issues with processing.

Please follow the guidelines noted below when preparing to return your PPS M2 pistol:

1) Confirm that pistol is **Unloaded**
2) Do not ship ammunition with handgun3) Keep magazines at home4) Remove all aftermarket accessories5) Gun must be securely packaged and shipped in a FedEx Box in order to prevent damage during transit6) Retain the tracking information you were emailed for your package.

CLICK HERE TO READ OFFICIAL WALTHER PPS M2 PRESS RELEASE